# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TRAXXAS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 4:14CV733 |
| VS. | § | Judge Mazzant/Judge Johnson |
| | § | |
| TOMMY DEWITT, ET AL. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 28, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Lawrence Dean's Motion for Attorneys' Fees (*see* Dkt. #261) should be **DENIED** (*see* Dkt. #263).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the Defendant's Motion for Attorneys' Fees (Dkt. #261) is **DENIED.**

**IT IS SO ORDERED.**
SIGNED this 22nd day of November, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE